# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| STICHTING PENSIOENFONDS ZORG EN WELZIJN,<br><br>Plaintiff,<br><br>v.<br><br>DUNMORE CAPITAL, LLC, SIDNEY D. DUNMORE, JEREMY A. DUNMORE and S&J COMPANY LLC,<br><br>Defendants. | Civil Action No. 1:09-cv-599 SLR |

## JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)(2)

At Wilmington this 16th day of March, 2010, upon consideration of plaintiff's Motion for Entry of Default Judgment and supporting papers (D.I. 13-15), and following a hearing held on March 15, 2010 (*see* D.I. 18), it is hereby ORDERED, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, that judgment is entered in favor of plaintiff and jointly and severally against defendants in the amount of $18,017,522.05, which consists of the following three elements:

- Compensatory damages in the amount of $14,948,628.14;

- Pre-judgment interest through March 16, 2010 in the amount of $2,720,777.38; and

- Attorneys' fees and costs incurred by plaintiff in enforcing its rights against defendants, in the amount of $348,116.53 through December 31, 2009.

IT IS FURTHER ORDERED that plaintiff is additionally entitled to judgment jointly and severally against defendants in the amount of attorneys' fees and costs incurred by plaintiff in enforcing its rights against the defendants after December 31, 2009, and that the Clerk shall alter

this Judgment by Default by adding such amount as plaintiff may present through an affidavit or declaration within 30 days following entry of this Judgment by Default.

_____
Sue L. Robinson, United States District Judge